**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Ruben Lee Allen v. The State of Texas

Appellate case number:   01-16-00768-CR

Trial court case number:  1487627

Trial court:            337th District Court of Harris County

      Appellee, the State of Texas, has filed a motion for en banc reconsideration. The Court requests a response to the motion for en banc reconsideration from appellant, Ruben Lee Allen. The response must be filed no later than **5:00 p.m., 30 days from the date of this order**. *See* TEX. R. APP. P. 49.2.

      It is so ORDERED.

Judge's signature: /s/ Terry Jennings_____

          ☑ Acting individually    ☐ Acting for the Court

Date: December 28, 2017_____